# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SANDRO ARSENDI, <br><br> Defendant. | Case No.: 18cr688-MMA <br><br> **ORDER DENYING DEFENDANT'S MOTION TO AMEND JUDGMENT;** <br><br> [Doc. No. 55] <br><br> **RECOMMENDING PLACEMENT IN THE SOUTHERN DISTRICT OF TEXAS** |

On April 19, 2018, pursuant to a written plea agreement, Defendant Sandro Arsendi pleaded guilty to Count One of an Indictment charging him with conspiracy to conduct an unlicensed money transmitting business, in violation of Title 18, United States Code, sections 371 and 1960(b)(1)(B). *See* Doc. No. 20. The Court sentenced Defendant to the custody of the Bureau of Prisons for a term of 30 months, recommending upon Defendant's request placement at a facility in California. *See* Doc. No. 54. Defendant now moves the Court to amend the judgment to include a judicial recommendation that he be placed at a facility in the Southern District of Texas so that he can benefit from family visitation and support during his term of incarceration. *See* Doc. No. 55.

## DISCUSSION

Notwithstanding the merit of Defendant's request, the Court is compelled to deny his motion. Notably, Defendant offers no legal basis for amending the judgment in this

case, and there is none. This Court may only amend or correct a judgment pursuant to Title 18, section 3582(c), or Federal Rules of Criminal Procedure 35 or 36, none of which are applicable in this case. Section 3582(c) does not apply because there is no motion from the Director of the Bureau of Prisons, nor has Defendant's sentencing range been lowered by the Sentencing Commission.

Rule 35(a) provides that "[w]ithin 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." Defendant's motion was filed beyond the fourteen-day period set out in Rule 35(a), and there is no allegation of arithmetical, technical, or other clear error. Rule 35(b) provides for a reduction of sentence upon motion of the government. Here, there is no motion for a reduction of Defendant's sentence for substantial assistance. Finally, Rule 36 provides that "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." There is no such error here.

In sum, the Court lacks the statutory authority to amend the judgment in this case. However, the Court may formally recommend that the Bureau of Prisons place Defendant at a facility in the Southern District of Texas. Because the Court finds that designating Defendant for placement in the Southern District of Texas would be both appropriate and beneficial, it will so recommend.

## Conclusion

Based on the foregoing, the Court **DENIES** Defendant's motion to amend the judgment. The Court hereby **RECOMMENDS** that the Bureau of Prisons place Defendant at a facility in the Southern District of Texas.

**IT IS SO ORDERED**.

DATE: August 10, 2018

HON. MICHAEL M. ANELLO
United States District Judge